1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER**
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
702-605-3440
Tkennedy@kclawnv.com

*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | | |
|---|---|---|
| Mark Streeter, | ) | Case No: 2:18-cv-02335-RFB-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | **CONSENTING TO THE FILING** |
| Arman Izadi a/k/a Alexander Izadi a/k/a | ) | **OF A FIRST AMENDED COMPLAINT** |
| Armani; Sancho Van Ryan a/k/a Sancho | ) | **AND EXTENDING TIME TO** |
| Jinadasa and Glow Threads, Inc., | ) | **RESPOND TO MOTION TO DISMISS** |
| | ) | |
| Defendants, | ) | [Second Request] |
| | ) | |

Plaintiff Mark Streeter and Defendants Arman Izadi, Sancho Van Ryan, and Glow Threads, Inc. by and through their counsel, stipulate as follows:

1.      Defendants filed a Motion to Dismiss (ECF No. 14) the First Amended Complaint on February 27, 2020. A response to that motion is due on March 12, 2020.

2.      Plaintiff has indicated a desire to file an Amended Complaint rather than litigate the issues raised in the Motion to Dismiss under the current Complaint.

3.      In a stipulation submitted to the Court on March 11, 20120 (EDF No. 14), Defendants consented to the filing by Plaintiff of a First Amended Complaint. To provide time to prepare it, and to avoid the need to file a response to the Motion to Dismiss (ECR No. 14) the Parties further stipulated to extend the Motion to Dismiss response date to March 23, 2020, agreeing that if the Amended Complaint were filed by that date, the Motion to Dismiss would be

Page 1 of 3

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. Las Vegas, NV 89120
Ph. (702) 605-3440    FAX: (702) 625-6367
www.kclawnv.com

withdrawn (without prejudice to refiling).

      4.     Because of the unprecedented disruptions caused by the COVID-19 crisis, Counsel for Plaintiff has been delayed in preparing the First Amended Complaint.

      5.     The Parties stipulate that, Plaintiff shall file the planned First Amended Complaint on or before March 27, 2020. To allow time for that to happen which would moot the currently pending motion to dismiss, the Parties stipulate that the time for Plaintiff to respond to the Motion to Dismiss shall be extended to March 27, 2020 as well to avoid unnecessary motions practice on the existing motion to dismiss.

      5.     Defendants by consenting to the above reserve all rights, arguments and defenses and their stipulation consenting the filing of a First Amended Complaint in no way agrees or concedes that sufficiency of that amended pleading and they reserve the right to file any appropriate motion in response.

      6.     If Plaintiff files the First Amended Complaint on March 27, 2020, Defendants shall have until April 17, 2020, in which to answer or otherwise respond.

///
///
///
///
///
///
///
///
///
///
///
///

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com

7.      This is the second request to extend time to respond to the Motion to Dismiss (ECF No. 14) and is made in good faith and not for the purpose of delay.

Dated this 23th day of March 2020.

KENNEDY & COUVILLIER                    CLARK HILL PLLC

By:  __/s/ Todd E. Kennedy, Esq.__          By:  __/s/ Mark Dzarnoski, Esq.__
    TODD E. KENNEDY, ESQ.                 MARK DZARNOSKI. ESQ.
    Nevada Bar No. 6014                         Nevada Bar No. 6696
    3271 E. Warm Springs Rd.                   NICHOLAS M. WIECZOREK, ESQ.
    Las Vegas. Nevada 89120                    Nevada Bar No. 6170
    Tel:  (702) 608-7931                          3800 Howard Hughes Parkway,
    Email: tkennedy@kclawnv.com                 Suite 500
                                    Las Vegas, Nevada  89169
                                      Telephone:(702) 862-8300

*Counsel for Plaintiff Mark Streeter*

                                      Email: nwieczorek@clarkhill.com
                                      Email: mdzarnoski@clarkhill.com

                                      *Counsel for Defendants Arman Izadi,*
                                      *Sancho Van Ryan, and Glow Threads, Inc.*

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   24th day of March, 2020.

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com