CLARK HILL PLLC
MARK S. DZARNOSKI, ESQ.
Nevada Bar No. 3398
E-mail: mdzarnoski@clarkhill.com
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6696
E-mail: mcristalli@clarkhill.com
JOHN A. HUNT, ESQ.
Nevada Bar No. 1888
E-mail: jhunt@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Defendants Arman Izadi*
*aka Alexander Izadi*
*aka Armani; Sancho Van Ryan*
*aka Sancho Jinadasa;*
*Glow Threads, Inc*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark Streeter,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>Arman Izadi a/k/a Alexander Izadi a/k/a Armani; Sancho Van Ryan a/k/a Sancho Jinadasa and Glow Threads, Inc.,<br>　　　　　　　Defendant, | CASE NO: 2:18-cv-02335-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(SECOND REQUEST)** |

　　　　Plaintiff Mark Streeter and Defendants Arman Izadi, Sancho Van Ryan, and Glow Threads, Inc. by and through their counsel, hereby respectfully submit this Stipulation and Order Extending Time for Defendants to Respond to Plaintiff's First Amended Complaint.  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this

ClarkHill\J1175\391668\223813148.v1-5/1/20

Court. This is the second request for an extension of time to file a response to Plaintiff's First Amended Complaint.

Plaintiff's First Amended Complaint [ECF 20] was filed on March 27, 2020. The Response to Plaintiff's First Amended Complaint is due May 1, 2020.

Upon agreement by and between all the parties, the undersigned respectfully requests that this Court grant an extension of time in which the Response to Plaintiff's First Amended Complaint currently due May 1, 2020 be extended for a period of four (4) days up to and including May 5, 2020.

The reason for this request is that the COVID 19 emergency and related limitations have significantly hampered Clark Hill's ability to complete their Response to Plaintiff's First Amended Complaint on behalf of the Defendants herein.

| CLARK HILL, PLLC | KENNEDY & COUVILIER |
|---|---|
| By: //s// Mark S. Dzarnoski<br>MARK S. DZARNOSKI. ESQ.<br>Nevada Bar No. 6696<br>MICHAEL V. CRISTALLI, ESQ.<br>Nevada Bar No. 6696<br>JOHN A. HUNT, ESQ.<br>Nevada Bar No. 1888<br>E-mail: jhunt@clarkhill.com<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 862-8300<br>Email: mdzarnoski@clarkhill.com<br>Email: mcristalli@clarkhill.com<br>*Attorneys for Defendants Arman Izadi aka Alexander Izadi aka Armani; Sancho Van Ryan aka Sancho Jinadasa; Glow Threads, Inc.* | By: //s// Todd E. Kennedy<br>TODD E. KENNEDY, ESQ.<br>Nevada Bar No. 6014<br>3271 E. Warm Springs Rd.<br>Las Vegas, Nevada 89120<br>Tel: (702) 608-7931<br>Email: tkennedy@kclawnv.com<br>*Attorneys for Plaintiff Mark Streeter* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 5/4/2020

2 of 2

ClarkHill\J1175\391668\223813148.v1-5/1/20