TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER**
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
702-605-3440
Tkennedy@kclawnv.com

*Attorneys for Plaintiff Mark Streeter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Streeter, derivatively on behalf Of the shareholders of Glow Threads, Inc., <br><br>    Plaintiff, <br>v. <br><br>Arman Izadi a/k/a Alexander Izadi a/k/a Armani, *individually and as trustee of the Orange Trust;* Sancho Van Ryan a/k/a Sancho Jindasa; and Glow Threads, Inc., <br><br>    Defendants. | Case No: 2:18-cv-02335-RFB-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS** <br> [First Request] |

Plaintiff Mark Streeter and Defendants Arman Izadi, Sancho Van Ryan and Glow Threads, Inc., by and through their counsel, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff to Respond to the Motion To Dismiss filed by Defendants (ECF No. 30)

1. On Tuesday May 5, 2020, Defendants filed a Motion to Dismiss the First Amended Complaint. Under the Rules, an Opposition is presently due on Tuesday, May 19, 2020. (ECF No. 30).

2. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file a response to the motion to dismiss. The reason for this request is that the COVID 19 emergency and related

ClarkHill\J1175\390842\223744662.v1-4/16/20

limitations have significantly hampered Plaintiff's ability to complete his response to the Motion to Dismiss.

4. Accordingly, the Parties stipulate and agree that Plaintiff's time to respond to the Motion to Dismiss (ECF No. 30 is extended to Friday, May 22, 2020.

| CLARK HILL, PLLC | KENNEDY & COUVILLIER, PLLC |
|---|---|
| By: /s/ Mark Dzarnoski, Esq.<br>MARK DZARNOSKI. ESQ.<br>Nevada Bar No. 6696<br>MICHAEL V. CRISTALLI, ESQ.<br>Nevada Bar No. 6696<br>JOHN A. HUNT, ESQ.<br>Nevada Bar No. 1888<br>E-mail: jhunt@clarkhill.com<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 862-8300<br>Email: mdzarnoski@clarkhill.com<br>Email: mcristalli@clarkhill.com<br>*Attorneys for Defendants Arman Izadi aka Alexander Izadi aka Armani; Sancho Van Ryan aka Sancho Jindasa And Glow Threads, Inc.* | By: /s/ Todd E. Kennedy, Esq.<br>TODD E. KENNEDY, ESQ.<br>Nevada Bar No. 6014<br>3271 E. Warm Springs Rd.<br>Las Vegas, Nevada 89120<br>702-605-3440<br>E-mail: tkennedy@kclawnv.com<br><br>*Attorneys for Plaintiff Mark Streeter* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of May, 2020.

ClarkHill\J1175\390842\223744662.v1-4/16/20